IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
DIVISION AT KNOXVILLE

| | |
|---|---|
| RIVES et. al. ) | |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF TENNESSEE; a quasi- ) | |
|     Governmental Corporation; ) | |
| DONDE PLOWMAN, Individually And In ) | |
|     Her Official Capacity as Chancellor of ) | |
|     UNIVERSITY OF TENNESSEE; ) | |
| UNIVERSITY OF TENNESSEE COLLEGE ) | |
|     OF VETERINARY MEDICINE ) | |
|     (UTCVM), a quasi- Governmental ) | |
|     Corporation; ) | |
| JAMES THOMPSON, Individually And In His ) | CIVIL ACTION NO. |
|     Official Capacity As Dean of UTCVM; ) | |
| JOHN and ANN TICKLE SMALL ANIMAL ) | CV # 3:22-CV-414 |
|     HOSPITAL (UTSAH), ) | |
|     a quasi- Governmental Corporation; ) | |
| JUERGEN SCHUMACHER, Individually ) | |
|     And In His Individual and Official ) | |
|     Capacity As Department Head ) | |
|     of UTSAH; ) | Trial by Jury |
| LESLIE WERESZCZAK, Individually And In ) | |
|     Her Individual and Official Capacity ) | |
|     As Director of Emergency and ) | |
|     Critical Care At UTSAH; ) | |
| KIMBERLY ANDERSON, an Individual; ) | |
| VIRGINIE WURLOD-TALBOT, an Individual; ) | |
| CAITLIN McMANEMON, an Individual; ) | |
| BRETT HOGBERG, an Individual; ) | |
| JACK LEE, an Individual; ) | |
| ) | |
|     AND ) | |
| ) | |
| Other Unnamed Individuals; ) | |
|         Defendants et. al. ) | |

1

# PLAINTIFFS' PROOF OF SERVICE OF

# REISSUED RULE 45 SUBPOENA ON GENERAL COUNSEL

# AMERICAN VETERINARY MEDICAL ASSOCIATION

COME NOW, Plaintiffs Dyllan M. Rives and James R. Rives, by and through their counsel, and file this their Proof of Service of Rule 45 Reissued Subpoena on the General Counsel for the American Veterinary Medical Association by certified mail. A copy of the Subpoena and Proof of Service is attached herein collectively as an Exhibit 1.

Submitted this the 20th day of February, 2024.

/s/ Elisa S. Rives
_____
Elisa S. Rives LLC
ASB # 9351-E61R
Attorney for plaintiffs
Dyllan M. Rives
James R. Rives

OF COUNSEL:
Elisa S. Rives, LLC,
1226 Holiday Shores Rd.,
Scottsboro, AL 35976,
Tel: (256) 558-4626

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th, day of February, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

ELISA S. RIVES
1226 HOLIDAY SHORES ROAD
SCOTTSBORO, AL 35769

*/s/ Elisa Smith Rives*

_____

Elisa Smith Rives
Attorney for Plaintiffs

3