# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# DIVISION AT KNOXVILLE

| | |
|---|---|
| RIVES et. al. ) | |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF TENNESSEE; a quasi- ) | |
|    Governmental Corporation; ) | |
| DONDE PLOWMAN, Individually And In ) | |
|    Her Official Capacity as Chancellor of ) | |
|    UNIVERSITY OF TENNESSEE; ) | |
| UNIVERSITY OF TENNESSEE COLLEGE ) | |
|    OF VETERINARY MEDICINE ) | |
|    (UTCVM), a quasi- Governmental ) | |
|    Corporation; ) | |
| JAMES THOMPSON, Individually And In His ) | CIVIL ACTION NO. |
|    Official Capacity As Dean of UTCVM; ) | |
| JOHN and ANN TICKLE SMALL ANIMAL ) | CV # 3:22-CV-414 |
|    HOSPITAL (UTSAH), ) | |
|    a quasi- Governmental Corporation; ) | |
| JUERGEN SCHUMACHER, Individually ) | |
|    And In His Individual and Official ) | |
|    Capacity As Department Head ) | |
|    of UTSAH; ) | Trial by Jury |
| LESLIE WERESZCZAK, Individually And In ) | |
|    Her Individual and Official Capacity ) | |
|    As Director of Emergency and ) | |
|    Critical Care At UTSAH; ) | |
| KIMBERLY ANDERSON, an Individual; ) | |
| VIRGINIE WURLOD-TALBOT, an Individual; ) | |
| CAITLIN McMANEMON, an Individual; ) | |
| BRETT HOGBERG, an Individual; ) | |
| JACK LEE, an Individual; ) | |
| ) | |
|    AND ) | |
| ) | |
| Other Unnamed Individuals; ) | |
|       Defendants et. al. ) | |

## PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA

1

Plaintiffs, Dyllan M. Rives and James R. Rives, by and through their counsel, file this Notice of Issuance of Subpoena to Tennessee Department of Treasury, Division of Claims and Risk Management, 2000 Mallory Ln, Ste 130-398, Franklin, TN 37067-8231. A copy of the Subpoena to be served is attached herein collectively as Exhibit 1.

Submitted this the 26th day of February, 2024.

/s/ Elisa S. Rives
_____
Elisa S. Rives LLC
ASB # 9351-E61R
Attorney for plaintiffs
Dyllan M. Rives
James R. Rives

OF COUNSEL:
Elisa S. Rives, LLC,
1226 Holiday Shores Rd.,
Scottsboro, AL 35976,
Tel: (256) 558-4626

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

ELISA S. RIVES
1226 HOLIDAY SHORES ROAD
SCOTTSBORO, AL 35769

/s/ Elisa Smith Rives
_____
Elisa Smith Rives
Attorney for Plaintiffs

2