UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| DYLLAN RIVES and JAMES R. RIVES, | ) |
| Plaintiffs, | ) ) ) 3:22-CV-00414-DCLC-JEM ) |
| v. | ) ) |
| UNIVERSITY OF TENNESSEE, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

This case came before the Court on Defendants' Motion to Dismiss [Doc. 25]. For the reasons stated in the Court's Memorandum Opinion and Order, Defendants' Motion to Dismiss is **GRANTED**. Plaintiffs' first Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court