## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 31, 2025

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

      Re:  Case No. 24-5336, *Dyllan Rives, et al v. University of Tennessee, et al*
            Originating Case No. 3:22-cv-00414

Dear Ms. Wilson,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely,

                                        s/Abby Hahn
                                        for Virginia Padgett, Case Manager

cc:  Mr. Michael D. Fitzgerald
      Ms. Elisa Smith Rives

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-5336

_____

Filed: January 31, 2025

DYLLAN RIVES; JAMES R. RIVES

    Plaintiffs - Appellants

v.

UNIVERSITY OF TENNESSEE; DONDE PLOWMAN, Individually and as Chancellor; UNIVERSITY OF TENNESSEE COLLEGE OF VETERINARY MEDICINE; JAMES THOMPSON, Individually and as Dean; JOHN AND ANN TICKLE SMALL ANIMAL HOSPITAL; JUERGEN SCHUMACHER, Individually and as Department Head of UTSAH; LESLIE WERESZCZAK, Individually and as Director of Emergency and Critical Care of UTSAH; KIMBERLY ANDERSON; VIRGINIE WURLOD-TALBOT; CAITLIN MCMANEMON; BRETT HOGBERG; JACK LEE; UNKNOWN INDIVIDUALS

    Defendants - Appellees

## MANDATE

    Pursuant to the court's disposition that was filed 12/13/2024 the mandate for this case hereby issues today.


 COSTS:  None